BART M. BOTTA, State Bar No. 167051
JUNE MONROE, State Bar No. 284763
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-Mail: Bart@rjlaw.com
E-Mail: June@rjlaw.com

Attorneys for Plaintiff
T C MARKETING, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| T C MARKETING, INC., a corporation,<br><br>            Plaintiff,<br>    vs.<br><br>JOSE B. MENDEZ, individually and doing business as ALL FRESH COLD STORAGE, doing business as JBM LOGISTICS,<br><br>            Defendant. | CASE NO. 2:19-cv-01403-RGK-GJS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT**<br><br>**[Fed.R.Civ.P. Rule 55(b)(2)]**<br><br>**Hon. R. Gary Klausner**<br><br>**DATE: August 12, 2019**<br>**TIME: 9:00 a.m.**<br>**COURTROOM: 850, 8th Floor,**<br>**Roybal Federal Building** |

NOTICE is hereby given that Plaintiff T C MARKETING, INC., a corporation (hereinafter "Plaintiff") will and hereby does move for entry of default judgment by court against Defendant JOSE B. MENDEZ, individually and doing

1

business as ALL FRESH COLD STORAGE, doing business as JBM LOGISTICS (referred to herein as "Defaulting Defendant") in accordance with Federal Rule of Civil Procedure Rule 55(b)(2).

Plaintiff's Motion is currently set for hearing on August 12, 2019, at 9:00 a.m. in Courtroom 850 – 8th Floor, United States District Court for the Central District of California, Western Division, 255 East Temple Street, Los Angeles, CA 90012, or as soon thereafter as the Court may set it.

This motion is based on upon the Memorandum of Points and Authorities, the Declarations of Bart M. Botta and Jeff Walker filed simultaneously herewith and all exhibits appended thereto, and the pleadings already on file with this court.

Respectfully submitted,

RYNN & JANOWSKY, LLP

DATED: June 19, 2019        By:   /s/ Bart M. Botta
                                  BART M. BOTTA, Attorneys for
                                  Plaintiff T C MARKETING, INC.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned matter at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on June 19, 2019.

RYNN & JANOWSKY, LLP

DATED: June 19, 2019    By:   /s/ Bart M. Botta
                              Bart M. Botta, Attorneys for Plaintiff
                              T C MARKETING, INC.

**Notice has been electronically mailed to:**

June T Monroe    shelly@rjlaw.com, june@rjlaw.com

Bartholomew M Botta    angel@rjlaw.com, bart@rjlaw.com

**Notice has been delivered by First Class U. S. Mail to:**

| | |
|---|---|
| Jose B. Mendez, individually and doing business as All Fresh Cold Storage, doing business as JBM Logistics<br>5280 E Beverly Blvd Ste C #249<br>Los Angeles, CA 90022 | Jose B. Mendez, individually and doing business as All Fresh Cold Storage, doing business as JBM Logistics<br>2640 E Washington Blvd Ste #25<br>Los Angeles, CA 90023 |