JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| T C MARKETING, INC., a corporation,<br><br>                    Plaintiff,<br>     vs.<br><br>JOSE B. MENDEZ, individually and doing business as ALL FRESH COLD STORAGE, doing business as JBM LOGISTICS,<br><br>                    Defendant. | CASE NO. 2:19-cv-01403-RGK-GJS<br><br>**[PROPOSED] DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT JOSE B. MENDEZ, individually and doing business as ALL FRESH COLD STORAGE, doing business as JBM LOGISTICS**<br><br>[Fed.R.Civ.P. Rule 55(b)(2)]<br><br>**Hon. R. Gary Klausner**<br><br>**DATE: August 12, 2019<br>TIME: 9:00 a.m.<br>COURTROOM: 850, 8th Floor,<br>Roybal Federal Building** |

Having read and considered Plaintiff's Motion for Default Judgment against Defendant JOSE B. MENDEZ, individually and doing business as ALL FRESH COLD STORAGE, doing business as JBM LOGISTICS ("Defaulting Defendant"),

1

and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

IT IS HEREBY ADJUDGED that Plaintiff T C MARKETING, INC., a corporation, is entitled to immediate entry of default judgment against Defendant JOSE B. MENDEZ, individually and doing business as ALL FRESH COLD STORAGE, doing business as JBM LOGISTICS, a corporation, in the amount of $233,513.73 as follows, all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]:

    (i)    Principal in the amount of $174,972.57;

    (ii)    Pre-judgment finance charges through and including August 12, 2019 (the date Plaintiff's Motion is set for hearing), in the amount of $49,325.16, plus $86.29 per day from August 13, 2019, through the date on which judgment is entered;

    (iii)    Attorney's fees of $8,085.95;

    (iv)    Recoverable costs of $1,130.05 (itemized as: $400.00 filing fee, $500.00 filing fee for reparation action with U.S.D.A., and $230.05 in service costs); and

    (v)    Post-judgment interest at a rate equal to the weekly average one-year constant Maturity Treasury Yield for

the calendar week preceding the date of the entry of judgment.

IT IS HEREBY ADJUDGED that this judgment is entered pursuant to Fed.R.Civ.P. Rule 54(b) and 55(b)(2).

IT IS SO ORDERED.

DATED: August 13, 2019

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE